**U.S. Department of Justice**
*United States Attorney*

# United States District Court
## Western District of Texas

Filed 2-26-04
Clerk, U. S. District Court
Western District of Texas

By _____ Deputy

UNITED STATES OF AMERICA
VS.

Hugo Javier MORALES

MAGISTRATE'S NO. SA 04-98M

### AFFIDAVIT

On this date appeared before the following Agent, who, after being duly sworn, deposed and said: In the above-captioned case,

1. Josias Felicio De Sousa        A96079596
2. Alessandra Coimbra Santana     A96079597

are material witnesses for the prosecution at the trial of the above-named defendant(s) who is(are) charged with violation of certain immigration laws. These witnesses are citizens of Mexico, illegally with the United States. Should they be left to their own devices and return home, they are not subject to extradition under Mexican law, and it will be impracticable to secure their presence at such time as the case is called for trial.

_____
Investigator, U.S. Immigration & Naturalization Service
Department of Justice

SUBSCRIBED and sworn to before me this __26__ day of __February__, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

In view of the above affidavit, it is requested of the United States Magistrate Judge that the witnesses named in the affidavit be required to make bail in such amount as the United States Magistrate Judge should see fit to assure their presence at the trial, and should they be unable to make such bond, that they be committed to the custody of the United States Marshal pending final disposition of the criminal case, as provided for by Rule 46(b) of the Federal rules of Criminal Procedure.

Johnny Sutton
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney